**United States Bankruptcy Court**
**Central District of California, Riverside Division**

IN RE:

Highsmith, Jeffrey Robert & Bailey, Evelyn D
Debtor(s)

Case No. 11-30285

Chapter 7

## AMENDED SCHEDULES OR DOCUMENTS

A filing fee of $26 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added? Yes ___ No ✓

Indicate below which schedule(s) is(are) being amended.

A ___ B ___ C ___ D ___ E ___ F ✓ G ___ H ___ I ___ J ___

Statement of Affairs ___ Statement of Intentions ___ Other ___

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We do hereby declare under penalty of perjury that the foregoing is true and correct.

*** FOR COURT USE ONLY ***

Date: **August 2, 2011**

Signature: */s/ Jeffrey Robert Highsmith*
                                                      *Debtor*

Signature: */s/ Evelyn D Bailey*
                                                *(Joint Debtor, if any)*

B6F (Official Form 6F) (12/07)

IN RE Highsmith, Jeffrey Robert & Bailey, Evelyn D                    Case No. 11-30285
             Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A B , a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8445<br>Cbcs<br>Po Box 164089<br>Columbus, OH 43216 | | H | Open account opened 2/11 | | | | 351.00 |
| ACCOUNT NO. 3243<br>Central Collection Of San Bernardino<br>157 W 5th Street 3rd Floor<br>San Bernardino, CA 92415 | | C | Court fees for minor child<br>*Amended* | | | | 11,000.00 |
| ACCOUNT NO. 7173<br>Credit Management Syst<br>1007 W Avenue M14 Ste C<br>Palmdale, CA 93551 | | C | Collection account for Advanced Career College<br>*Amended* | | | | 17,000.00 |
| ACCOUNT NO. 1902<br>Department Of Child Support Svcs<br>10417 Mountain View Ave<br>Loma Linda, CA 92354 | | C | Expense for minor son<br>*Amended* | | | | unknown |

2 continuation sheets attached

Subtotal (Total of this page) $ 28,351.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE Highsmith, Jeffrey Robert & Bailey, Evelyn D                    Case No. 11-30285
         Debtor(s)                                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 7173<br>Gina Akins<br>9316 6th Street<br>Rancho Cucamonga, CA 91730 | | J | 2004-2010<br>Personal Loan | | | | 27,000.00 |
| ACCOUNT NO. 3586<br>Midland Credit Mgmt<br>8875 Aero Dr<br>San Diego, CA 92123 | | H | Open account opened 6/10 | | | | 3,734.00 |
| ACCOUNT NO 2449<br>Pinnacle Credit Servic<br>7900 Highway 7 # 100<br>Saint Louis Park, MN 55426 | | W | Open account opened 7/10 | | | | 223.00 |
| ACCOUNT NO. 2500<br>Portfolio Recvry And Affil<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | | H | Open account opened 10/07 | | | | 4,504.00 |
| ACCOUNT NO. 8466<br>Portfolio Recvry And Affil<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | | W | Open account opened 10/10 | | | | 564.00 |
| ACCOUNT NO. 0602<br>Sallie Mae<br>Po Box 9500<br>Wilkes Barre, PA 18773 | | H | Installment account opened 6/97<br>Student Loan | | | | 1,704.00 |
| ACCOUNT NO. 0602<br>Sallie Mae<br>Po Box 9500<br>Wilkes Barre, PA 18773 | | H | Installment account opened 6/97<br>Student Loan | | | | 1,065.00 |

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 38,794.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Highsmith, Jeffrey Robert & Bailey, Evelyn D                                    Case No. 11-30265
                            Debtor(s)                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1000<br>Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161 | | C | Installment account opened 4/04<br>Auto Deficiency Balance | | | | 13,873.00 |
| ACCOUNT NO 1735<br>Us Dept Of Education<br>Po Box 5609<br>Greenville, TX 75403 | | W | Installment account opened 5/05<br>Student Loan | | | | 9,348.00 |
| ACCOUNT NO 9001<br>Wells Fargo<br>Po Box 29704<br>Phoenix, AZ 85038 | | C | Installment account opened 11/07<br>Auto Deficiency Balance | | | | 17,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO | | | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 40,221.00

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 107,366.00

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

Dated: August 2, 2011                    Arpi Dergalsitan
                                         *Print or Type Name*

                                         /s/ Arpi Dergalsitan    [signature]
                                         *Signature*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Tyson Takeuchi 177418<br>Law Offices Of Tyson Takeuchi<br>1100 Wilshire Blvd Suite 2606<br>Los Angeles, CA 90017-1916<br>Tele: (213) 637-1566  Fax: (213) 402-5422<br>☑ Attorney for | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re<br>Highsmith, Jeffrey Robert<br><br>                                           Debtor(s). | CASE NO.: 11-30285<br>CHAPTER: 7<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
(INDIVIDUAL)

☑ Petition, statement of affairs, schedules or lists          Date Filed: 8-2-11
☑ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: 8-2-11
☐ Other: _____                                              Date Filed: 8-2-11

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney.

_____                               8-2-11
Signature of Signing Party                                       Date
**Jeffrey Robert Highsmith**
Printed Name of Signing Party

_____                               8-2-11
Signature of Joint Debtor (if applicable)                        Date
**Evelyn D Bailey**
Printed Name of Joint Debtor (if applicable)

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

_____                               8-2-11
Signature of Attorney for Signing Party                          Date
**Tyson Takeuchi**
Printed Name of Attorney for Signing Party

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

November 2006